UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

Richmond  Division

In re  Mohammad Mahmoud Atiyat

Case No. 21-32555-KLP

Debtor(s)

Chapter 7

## ORDER EXTENDING TIME
## TO FILE STATEMENT OF INTENTION;
## AND HEARING THEREON

The above debtor(s) having timely filed a motion to extend time for filing the required Statement of Intention with respect to the retention or surrender of secured property of the estate as set forth in 11 U.S.C. 521(a)(2)(A) and Local Bankruptcy Rule 1007-3; it is, therefore,

**ORDERED**, under authority of Local Bankruptcy Rule 1007-3, that the time for filing the Statement of Intention is extended to 7/5/2022, which is 14 days after the scheduled meeting of creditors.

If you fail to timely file the Statement of Intention or a motion for further extension of time, you must file a response no later than 7/13/2022 and appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Date*: 7/20/2022
*Time*: 9:45 AM
*Location*: U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5100, Richmond, VA 23219

**If the debtor(s) fails to file a timely response and appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file the Statement of Intention or a motion for further extension of time.**

WILLIAM C. REDDEN
Clerk of Court

Date: June 14, 2022

By /s/ C. Baumgartner
Deputy Clerk
NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
June 14, 2022

[oextsin ver. 12/19]