**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re

| | |
|---|---|
| Mohammad Mahmoud Atiyat<br>8307 Ferdinand Ln<br>Midlothian, VA 23112-1545<br>SSN / ITIN: xxx-xx-6412, | Case No. 21-32555-KLP<br>Chapter 7 |

    Debtor(s).

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE
TO REOPEN CASE**

PLEASE TAKE NOTICE THAT the United States Trustee has filed with the Court a **Motion to Reopen Case** (the "Motion") in the above-captioned case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then you or your attorney must:

( X )  File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(G).  **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

---

Kathryn R. Montgomery (Va. Bar No. 42380)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, Virginia 23219

You must also serve a copy on:

    Kathryn R. Montgomery
    Assistant United States Trustee
    Office of the United States Trustee
    701 East Broad Street, Suite 4304
    Richmond, VA 23219

( X )    Attend a hearing on the Motion.  **THE HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR MARCH 25, 2026, AT 9:30 A.M., PREVAILING EASTERN TIME, IN THE UNITED STATES BANKRUPTCY COURT, 701 E. BROAD STREET, COURTROOM 5100, RICHMOND, VA 23219.**

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that requested relief without further notice or hearing.

    Respectfully submitted,

    MATTHEW W. CHENEY
    Acting United States Trustee
    Region 4

Date: February 27, 2026

    By: */s/ Kathryn R. Montgomery*
    Assistant United States Trustee
    Office of the United States Trustee
    701 East Broad Street, Suite 4304
    Richmond, Virginia 23219
    (804) 771-2310
    Kathryn.Montgomery@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2026, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all parties registered for electronic notices, including, (i) Jennifer West, Trustee.  In addition, a copy was mailed to the following:

Mohammad Mahmoud Atiyat
8307 Ferdinand Ln
Midlothian, VA 23112-1545


                                        */s/ Kathryn R. Montgomery*
                                        Kathryn R. Montgomery

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | |
| Mohammad Mahmoud Atiyat. | Case No. 21-32555-KLP<br>Chapter 7 |
| Debtor(s). | |

**MOTION OF THE UNITED STATES TRUSTEE**
**TO REOPEN CASE**

COMES NOW, MATTHEW W. CHENEY the Acting United States Trustee for Region 4, (the "United States Trustee"), through the undersigned counsel, and pursuant to 11 U.S.C. §350(b), (the "Bankruptcy Code"), hereby respectfully moves the Court for entry of an order reopening the case of Mohammad Mahmoud Atiyat (the "Debtor"). In support of his motion, the United States Trustee states as follows:

1. The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on August 19, 2021. ECF 1.

2. The Court entered an Order Granting Motion to Convert Case to Chapter 7 on May 27, 2022. ECF 66.

3. Jennifer West (the "Chapter 7 Trustee") was appointed Chapter 7 trustee for the Debtor's estate. ECF 67.

---

Kathryn R. Montgomery (Va. Bar No. 42380)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

4. On or about July 22, 2022, the Chapter 7 Trustee filed her Trustee Request for Asset Notice. ECF 90.

5. On or about October 18, 2024, the Chapter 7 Trustee filed her Report of No Distribution. ECF 194.

6. On or about March 5, 2025, the case was closed and the Chapter 7 Trustee was discharged of her duties in the case. ECF 203.

7. Section 350(b) of the Bankruptcy Code "permits reopening of the case to administer assets, to accord relief to the debtor, or for other cause."

8. The United States Trustee has received information indicating that there may be assets available for administration by a trustee.

9. The foregoing circumstance constitutes cause for reopening the case under § 350(b) of the Bankruptcy Code.

10. Rule 5010 of the Federal Rules of Bankruptcy Procedure, provides that a trustee shall not be appointed in a reopened case unless the Court determines that a trustee is necessary to protect the interests of the creditors or to ensure the efficient administration of the estate. For the reasons stated herein, appointment of a trustee is reasonable and necessary.

11. The facts, reasons, and authorities that support this motion are set forth hereinabove in accordance with Local Rule 5010-1.

12. The United States Trustee is prepared to appoint a trustee should the Court grant this Motion and order the case reopened.

WHEREFORE, the United States Trustee respectfully moves the Court for entry of an Order reopening this case so that the United States Trustee may appoint a chapter 7 trustee and granting such other and further relief as the Court shall deem just and appropriate.

        Respectfully submitted,

        MATTHEW W. CHENEY
        Acting United States Trustee
        Region 4

Date: February 27, 2026        By: */s/ Kathryn R. Montgomery*
        Kathryn R. Montgomery (VSB No. 42380)
        Assistant United States Trustee
        Office of the United States Trustee
        701 East Broad Street, Suite 4304
        Richmond, Virginia 23219
        (804) 771-2310
        Kathryn.Montgomery@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all parties registered for electronic notices, including, (i) Jennifer West, Trustee, and (ii) James Wilson, Jr., counsel for the Debtor. In addition, a copy was mailed to the following:

    Mohammad Mahmoud Atiyat
    8307 Ferdinand Ln
    Midlothian, VA 23112-1545

        */s/ Kathryn R. Montgomery*
        Kathryn R. Montgomery

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Mohammad Mahmoud Atiyat.

Debtor(s).

Case No. 21-32555-KLP

Chapter 7

### ORDER REOPENING CASE

This matter comes before the Court upon the Motion of the United States Trustee to reopen this closed case pursuant to 11 U.S.C. § 350(b), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion to Reopen is GRANTED.

2. It is FURTHER ORDERED that this case is hereby reopened.

3. The United States Trustee shall reserve the right to appoint a chapter 7 trustee should the need arise.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

DATE:

_____
UNITED STATES BANKRUPTCY JUDGE

---

Kathryn R. Montgomery (Va. Bar No. 42380)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

I ask for this**:**
MATTHEW W. CHENEY
ACTING UNITED STATES TRUSTEE REGION 4

*/s/ Kathryn R. Montgomery*
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
Kathryn.Montgomery@usdoj.gov

## **CERTIFICATION**

I hereby certify that this Order has been either served on or endorsed by all necessary parties.

*/s/ Kathryn R. Montgomery*
Kathryn R. Montgomery

## SERVICE LIST

Mohammad Mahmoud Atiyat
8307 Ferdinand Ln
Midlothian, VA 23112-1545

James Wilson, Jr., Esq.
4860 Cox Road, Suite 200
Glen Allen, VA 23060

Jennifer J. West, Esq.
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Kathryn R. Montgomery
Assistant United States Trustee
Office of the United States Trustee
701 E Broad Street, Suite 4304
Richmond, VA 23219