UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                                              :
                                                                    :
MOHAMMAD MAHMOUD ATIYAT,        : Case No: 21-32555-KLP
                                                                    : Chapter 7
          Debtor.                                            :

## RESPONSE TO MOTION TO REOPEN

The response of the Debtor Mohammad Mahmoud Atiyat, by counsel, to the

Motion to Reopen filed herein on February 27, 2026, respectfully states that the Debtor

has no objection to, and does not oppose, the relief requested.

WHEREFORE, Debtor prays of the Court to issue such orders, processes, or

judgments that are necessary or appropriate to carry out the provisions of Title 11.

                                        MOHAMMAD MAHMOUD ATIYAT
                                        By Counsel

Date:  February 27, 2026

/s/James H. Wilson, Jr.
James H. Wilson, Jr.
Counsel for Debtor
VSB No: 27878
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464
Jameswilson29@gmail.com

## PROOF OF SERVICE

I certify that on February 27, 2026, I served a copy of the foregoing Response on
Kathryn R. Montgomery, Assistant United States Trustee, 701 East Broad Street, Suite
4304 Richmond, Virginia 23219, by ECF and/or first-class mail, postage prepaid.

                                        /s/ James H. Wilson, Jr.
                                        James H. Wilson, Jr., VSB No: 27878
                                        Counsel for Debtor

James H. Wilson, Jr., VSB No: 27878
Counsel for Debtor
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464