**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

Mohammad Mahmoud Atiyat.

             Debtor(s).

Case No. 21-32555-KLP

Chapter 7

**ORDER REOPENING CASE**

This matter comes before the Court upon the Motion of the United States Trustee to reopen this closed case pursuant to 11 U.S.C. § 350(b), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion to Reopen is GRANTED.

2. It is FURTHER ORDERED that this case is hereby reopened.

3. The United States Trustee shall reserve the right to appoint a chapter 7 trustee should the need arise.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

DATE:   Mar 26 2026

/s/ Keith L Phillips
_____
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket:   Mar 27 2026

Kathryn R. Montgomery (Va. Bar No. 42380)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

I ask for this:
MATTHEW W. CHENEY
ACTING UNITED STATES TRUSTEE REGION 4


*/s/ Kathryn R. Montgomery*
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
Kathryn.Montgomery@usdoj.gov


## CERTIFICATION

I hereby certify that this Order has been either served on or endorsed by all necessary parties.


*/s/ Kathryn R. Montgomery*
Kathryn R. Montgomery

SERVICE LIST

Mohammad Mahmoud Atiyat
8307 Ferdinand Ln
Midlothian, VA 23112-1545

James Wilson, Jr., Esq.
4860 Cox Road, Suite 200
Glen Allen, VA 23060

Jennifer J. West, Esq.
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Kathryn R. Montgomery
Assistant United States Trustee
Office of the United States Trustee
701 E Broad Street, Suite 4304
Richmond, VA 23219