UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

Mohammad Mahmoud Atiyat
8307 Ferdinand Ln
Midlothian, VA 23112-1545
SSN / ITIN: xxx-xx-6412

Debtor.

Case No. 21-32555-KLP
Chapter 7

---

APPOINTMENT OF TRUSTEE
AND DESIGNATION OF REQUIRED BOND

---

Jennifer J. West is hereby appointed Trustee for the estate of the above-named debtor.

This case is covered by the blanket bond for Chapter 7 case Trustees, a copy of which is

on file with the Court.

MATTHEW W. CHENEY
Acting United States Trustee
for Region 4

March 27, 2026

By: */s/ Kathryn R. Montgomery*
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310

Kathryn R. Montgomery VSB No. 42380
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, VA   23219
(804)771-2310