**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

Mohammad Mahmoud Atiyat.                          Case No. 21-32555-KLP

                                                  Chapter 7
            Debtor(s).

## ORDER REOPENING CASE

This matter comes before the Court upon the Motion of the United States Trustee to

reopen this closed case pursuant to 11 U.S.C. § 350(b), and it appearing that due notice was

given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion to Reopen is GRANTED.

2. It is FURTHER ORDERED that this case is hereby reopened.

3. The United States Trustee shall reserve the right to appoint a chapter 7 trustee should

   the need arise.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the

   service list attached hereto.

DATE:   Mar 26 2026                      /s/ Keith L Phillips
                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE
                              Entered On Docket:   Mar 27 2026

Kathryn R. Montgomery (Va. Bar No. 42380)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

I ask for this:
MATTHEW W. CHENEY
ACTING UNITED STATES TRUSTEE REGION 4


*/s/ Kathryn R. Montgomery*
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
Kathryn.Montgomery@usdoj.gov


## **CERTIFICATION**

I hereby certify that this Order has been either served on or endorsed by all necessary parties.


*/s/ Kathryn R. Montgomery*
Kathryn R. Montgomery

SERVICE LIST

Mohammad Mahmoud Atiyat
8307 Ferdinand Ln
Midlothian, VA 23112-1545

James Wilson, Jr., Esq.
4860 Cox Road, Suite 200
Glen Allen, VA 23060

Jennifer J. West, Esq.
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Kathryn R. Montgomery
Assistant United States Trustee
Office of the United States Trustee
701 E Broad Street, Suite 4304
Richmond, VA 23219

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 21-32555-KLP

Mohammad Mahmoud Atiyat                                                   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: CynthiaBa | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mohammad Mahmoud Atiyat, 8307 Ferdinand Ln, Midlothian, VA 23112-1545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Mar 28 2026 03:06:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittany Berlauk Falabella | on behalf of Attorney Hirschler Fleischer  P.C. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Brittany Berlauk Falabella | on behalf of Trustee Jennifer J. West bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com |
| Daniel M. Press | on behalf of Plaintiff Mohaned Azzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |

District/off: 0422-7                     User: CynthiaBa                              Page 2 of 2
Date Rcvd: Mar 27, 2026                  Form ID: pdford9                             Total Noticed: 2

Daniel M. Press
    on behalf of Creditor Mohammad Tabanjeh dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Creditor Ghada Alazzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Plaintiff Mohammad Tabanjeh dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Creditor Mohaned Azzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Plaintiff Ghada Alazzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

James H. Wilson, Jr.
    on behalf of Defendant Mohammad Mahmoud Atiyat jameswilson29@gmail.com

James H. Wilson, Jr.
    on behalf of Debtor Mohammad Mahmoud Atiyat jameswilson29@gmail.com

Jennifer J. West
    on behalf of Trustee Jennifer J. West jjw_trustee@spottsfain.com  jjw@trustesolutions.net

Jennifer J. West
    jjw_trustee@spottsfain.com  jjw@trustesolutions.net

Kathryn R. Montgomery
    on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov
    shannon.m.tingle@usdoj.gov;Michael.F.McMahon@usdoj.gov

Keith M. Yacko
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing keiyacko@raslg.com
    ecfnotifications@mtglaw.com;kyacko@mtglaw.com;keiyacko@raslg.com

Kollin Geoffrey Bender
    on behalf of Trustee Jennifer J. West kbender@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Mary Frances Balthasar
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mary.balthasar@brockandscott.com
    ecfnotifications@mtglaw.com

Matthew W. Cheney
    USTPRegion04.RH.ECF@usdoj.gov

Shannon Pecoraro
    on behalf of U.S. Trustee Matthew W. Cheney shannonfpecoraro@gmail.com
    shannon.m.tingle@usdoj.gov;britni.c.bowles@usdoj.gov;shannonfpecoraro@gmail.com;Shannon.pecoraro@usdoj.gov

TOTAL: 18