**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 7 |
| | : | |
| MOHAMMAD M. ATIYAT, | : | Case No. 21-32555-KLP |
| | : | |
| Debtor. | : | |
| | x | |

**NOTICE OF FIRST INTERIM AND FINAL APPLICATION OF HIRSCHLER
FLEISCHER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE
OF AN ADMINISTRATIVE EXPENSE CLAIM FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 11, 2022, THROUGH
<u>DECEMBER 16, 2024</u>**

**PLEASE TAKE NOTICE THAT** on June 3, 2026, Hirschler Fleischer, P.C. ("**Hirschler**"), as counsel to Jennifer J. West, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Mohammad M. Atiyat (the "**Debtor**"), filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**") the *First Interim and Final Application of Hirschler Fleischer, P.C. for Allowance of an Administrative Expense Claim for Compensation and for Reimbursement of Expenses Incurred from August 11, 2022 through December 16, 2024* (the "**Application**").

The Application seeks interim and final allowance of compensation in the amount of $79,101.00 and reimbursement of actual, necessary expenses in the amount of $1,255.11, for a total of $80,356.11, all of which fees and expenses were incurred during the time period of August 11, 2022, through December 16, 2024.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile:  (804) 644-0957
Email:  bfalabella@hirschlerlaw.com
        kbender@hirschlerlaw.com

*Counsel to the Trustee*

**PLEASE TAKE FURTHER NOTICE** that the Application is immediately available through PACER on the Court's website or from counsel for the Trustee.  Contact information for counsel is as follows:

> Brittany B. Falabella
> Kollin G. Bender
> Post Office Box 500
> Richmond, Virginia 23218-0500
> Telephone:   804.771.9500
> Facsimile:   804.644.0957
> E-mail:      bfalabella@hirschlerlaw.com
>              kbender@hirschlerlaw.com

If you do not want the Court to grant the Application and/or the Motion, or if you want the Court to consider your views on the Application, then on or before **June 24, 2026**, you or your attorney must:

1. File with the Court at the address shown below a written response(s) to the Application. You must mail or otherwise file your response(s) early enough so the Court will **receive** it on or before **June 24, 2026:**

> Clerk of the Court
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, Virginia 23219

2. You must also serve your written response(s) on the following counsel for the Reorganized Debtors at the address shown below.  You must serve the written response(s) early enough so that such counsel will **receive** it on or before **June 24, 2026.**

> Brittany B. Falabella
> Kollin G. Bender
> Post Office Box 500
> Richmond, Virginia 23218-0500

3. If responses are timely received, you must also attend a hearing to be held on **July 1, 2026, at 9:30 a.m.** before the Honorable Keith L. Phillips, United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, Virginia.  If you fail to timely file a written response and attend the hearing, even if a response is timely filed, the Court may consider any objection you may have waived and enter orders granting the relief requested.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the relief requested therein.**

Dated:  June 3, 2026                       /s/  *Kollin G. Bender*
                                           Brittany B. Falabella (VSB No. 80131)
                                           Kollin G. Bender (VSB No. 98912)

2

HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  (804) 771-9500
Facsimile:   (804) 644-0957
E-mail: bfalabella@hirschlerlaw.com
        kbender@hirschlerlaw.com

*Counsel for the Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of June 2026, a true copy of the foregoing was filed via the Court's CM/ECF system, which served a NEF to all parties receiving ECF notices.  I further certify that a true and complete copy of the foregoing was served on June 3, 2026, via email or first-class mail on the attached **<u>Service List</u>**.

*/s/ Kollin G. Bender*
Counsel

## SERVICE LIST

NewRez LLC d/b/a
Shellpoint Mortgage
Servicing
8100 Three Chopt Road
Suite 240
Richmond, VA 23229

U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

Ahmad Atiyat
626 Legacy Ct.
Unit 187
Winterville, NC 28590
allenaatiyat@aol.com

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One Bank (USA),
N.A. by American InfoSource
as Agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Commonwealth of VA Dept.
of Tax
c/o Tax Authority Consulting
P.O. Box 2156
Richmond, VA 23218

Credit One Bank
Attn: Bankruptcy Dept.
P.O. Box 98873
Las Vegas, NV 89193

Dept. of the Treasury-IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Eos Cca
Attn: Bankruptcy
700 Longwater Dr.
Norwell, MA 02061

First Premier Bank
Attn: Bankruptcy
P.O. Box 5524
Sioux Falls, SD 57117

Fortiva
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348

Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076

Ghada Alazzam
5813 Brailen Dr.
Moseley, VA 23120

Ghada Alazzam
8805 Thornton Heath Dr.
Chesterfield, VA 23832

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Merrick Bank
Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603

Merrick Bank/CardWorks
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804

Mohammad Tabanjeh
5013 Cabretta Drive
Moseley, VA 23120

Mohaned Azzam
5813 Brailen Drive
Moseley, VA 23120

Mohaned Azzam
8805 Thornton Health Drive
Chesterfield, VA 23832

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Feasterville-Trevose, PA
19053

NCB Management Services,
Inc.
One Allied Drive
Trevose, PA 19053

NewRez LLC DBA
Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, SC 29603

Portfolio Recovery
Associates LLC
P.O. Box 41067
Norfolk, VA 23541

Premier Bankcard, LLC
Jefferson Capital Systems
LLC
P.O. Box 7999
Saint Cloud, MN 56302

Republic Finance
7 Dunlop Village
Colonial Heights, VA 23834

Republic Finance LLC
282 Tower Rd.
Ponchatoula, LA 70454

Shellpoint Mortgage
Servicing
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603

James H. Wilson, Jr.
4860 Cox Road
Suite 200
Glen Allen, VA 23060

Jennifer J. West
Spotts Fain PC
411 E. Franklin Street
Suite 600
Richmond, VA 23219

John P. Fitzgerald, III
Office of the U.S. Trustee –
Region 4-R
701 E. Broad Street
Suite 4304
Richmond, VA 23219

Mohammad Mahmoud Atiyat
8307 Ferdinand Ln.
Midlothian, VA 23112

The Bank of Missouri dba
Fortiva
P.O. Box 105555
Atlanta, GA 30348-5555

Gerard R. Vetter
Office of the U.S. Trustee
Region 4-R
701 E. Broad Street
Suite 4304
Richmond, VA 23219

Shannon Pecoraro
Office of the U.S. Trustee
701 E. Broad Street
Suite 4303
Richmond, VA 23219

Brandon R. Jordan, Esq.
Robertson, Anschutz,
Schneid, Crane & Partners
11900 Parklawn Dr.
Suite 310
Rockville, MD 20852

Chesterfield County Utilities
9840 Government Center
Pkwy
P.O. Box 608
Chesterfield, VA 23832

Discovery Bank
CT Corporation System
4701 Cox Road
Suite 285
Glen Allen, VA 23060

Jormandy LLC
Attn: Diane Jeffries Manning
6363 Center Drive
Bldg 6, Suite 203
Norfolk, VA 23502

Midland Funding LLC
Corporation Service Co.
100 Shockoe Slip
Floor 2
Richmond, VA 23219