**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

<table>
<tr><td></td><td>x</td><td></td></tr>
<tr><td>In re:</td><td>:</td><td>Chapter 7</td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>MOHAMMAD M. ATIYAT,</td><td>:</td><td>Case No. 21-32555-KLP</td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>Debtor.</td><td>:</td><td></td></tr>
<tr><td></td><td>x</td><td></td></tr>
</table>

**ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF HIRSCHLER
FLEISCHER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE
OF AN ADMINISTRATIVE EXPENSE CLAIM FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST
11, 2022 THROUGH DECEMBER 16, 2024**

This matter came before the Court upon the *First Interim and Final Application of
Hirschler Fleischer, P.C. as Counsel to the Chapter 7 Trustee for Allowance of an Administrative
Expense Claim for Compensation and for Reimbursement of Expenses Incurred for the Period
from August 11, 2022 through December 16, 2024* (the "**Application**");[1] and it appearing to the
Court that: (i) proper notice of the Application has been provided to all necessary parties and no
further notice is required; (ii) no objections to the Application have been filed; (iii) the request for
compensation and reimbursement of expenses as allowed herein is reasonable and appropriate
under the circumstances; (iv) good and sufficient cause exist to grant the Application; and (v) the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
Email:  bfalabella@hirschlerlaw.com
        kbender@hirschlerlaw.com

*Counsel for Jennifer J. West, Chapter 7 Trustee*

Application having satisfied the requirements of sections 330 and 331 of the Bankruptcy Code; it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

1.     The Application is **APPROVED** and **GRANTED** in its entirety.

2.     The request for compensation in the amount of $80,356.11, consisting of compensation for services rendered in the total amount of $79,101.00 and reimbursement of expenses in the amount of $1,255.11, is hereby **APPROVED** as an administrative expense on a final basis.

3.     The Trustee is authorized and directed to pay Hirschler up to $80,356.11 in compensation and reimbursement of expenses approved and allowed herein as an administrative expense as of the date of this Order.

4.     Notwithstanding any Bankruptcy Rule to the contrary, any applicable stay of this Order is waived.

5.     This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

Date: Jul 9 2026

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY COURT JUDGE

Entered on Docket:  Jul 10 2026

**WE ASK FOR THIS:**

/s/ *Kollin Bender*
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500

2

Richmond, Virginia 23218-0500
Telephone:  804.771.9500
Facsimile:  804.644.0957
E-mail:      bfalabella@hirschlerlaw.com
             kbender@hirschlerlaw.com

*Counsel for Jennifer J. West,*
*Chapter 7 Trustee*

**SEEN AND NO OBJECTION:**

*/s/ Kathryn Montgomery* (with permission)
Kathryn R. Montgomery, Esq.
Office of the United State Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the United States Trustee*

**CERTIFICATION OF ENDORSEMENT**
**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Kollin Bender*

Copies to:

Brittany B. Falabella
Kollin G. Bender
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500

Office of the United States Trustee
Kathryn R. Montgomery, Esq.
Office of United States Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

James H. Wilson, Jr.

3

4860 Cox Road, Suite 200
Glen Allen, VA 23060

Jennifer J. West
Spotts Fain, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

All parties entitled to receive notice via CM/ECF