**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

---

|  |  |  |
|---|---|---|
|  | x |  |
| In re: | : | Chapter 7 |
|  | : |  |
| MOHAMMAD M. ATIYAT, | : | Case No. 21-32555-KLP |
|  | : |  |
| Debtor. | : |  |
|  | x |  |

---

**ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF HIRSCHLER
FLEISCHER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE
OF AN ADMINISTRATIVE EXPENSE CLAIM FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST
11, 2022 THROUGH DECEMBER 16, 2024**

This matter came before the Court upon the *First Interim and Final Application of Hirschler Fleischer, P.C. as Counsel to the Chapter 7 Trustee for Allowance of an Administrative Expense Claim for Compensation and for Reimbursement of Expenses Incurred for the Period from August 11, 2022 through December 16, 2024* (the "**Application**");[1] and it appearing to the Court that: (i) proper notice of the Application has been provided to all necessary parties and no further notice is required; (ii) no objections to the Application have been filed; (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable and appropriate under the circumstances; (iv) good and sufficient cause exist to grant the Application; and (v) the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
Email:  bfalabella@hirschlerlaw.com
        kbender@hirschlerlaw.com

*Counsel for Jennifer J. West, Chapter 7 Trustee*

Application having satisfied the requirements of sections 330 and 331 of the Bankruptcy Code; it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

1.    The Application is **APPROVED** and **GRANTED** in its entirety.

2.    The request for compensation in the amount of $80,356.11, consisting of compensation for services rendered in the total amount of $79,101.00 and reimbursement of expenses in the amount of $1,255.11, is hereby **APPROVED** as an administrative expense on a final basis.

3.    The Trustee is authorized and directed to pay Hirschler up to $80,356.11 in compensation and reimbursement of expenses approved and allowed herein as an administrative expense as of the date of this Order.

4.    Notwithstanding any Bankruptcy Rule to the contrary, any applicable stay of this Order is waived.

5.    This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

Date: Jul 9 2026

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY COURT JUDGE

Entered on Docket: Jul 10 2026

**WE ASK FOR THIS:**

/s/ *Kollin Bender*
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500

2

Richmond, Virginia 23218-0500
Telephone:  804.771.9500
Facsimile:  804.644.0957
E-mail:      bfalabella@hirschlerlaw.com
             kbender@hirschlerlaw.com

*Counsel for Jennifer J. West,*
*Chapter 7 Trustee*

**SEEN AND NO OBJECTION:**

*/s/ Kathryn Montgomery* (with permission)
Kathryn R. Montgomery, Esq.
Office of the United State Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the United States Trustee*

### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Kollin Bender*

Copies to:

Brittany B. Falabella
Kollin G. Bender
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500

Office of the United States Trustee
Kathryn R. Montgomery, Esq.
Office of United States Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

James H. Wilson, Jr.

3

4860 Cox Road, Suite 200
Glen Allen, VA 23060

Jennifer J. West
Spotts Fain, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

All parties entitled to receive notice via CM/ECF

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 21-32555-KLP

Mohammad Mahmoud Atiyat                                                     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: Nathaniel | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

**Recip ID           Recipient Name and Address**
db                    Mohammad Mahmoud Atiyat, 8307 Ferdinand Ln, Midlothian, VA 23112-1545

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Jul 11 2026 00:47:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Brittany Berlauk Falabella
     on behalf of Attorney Hirschler Fleischer  P.C. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella
     on behalf of Trustee Jennifer J. West bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Daniel M. Press
     on behalf of Plaintiff Mohaned Azzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press

District/off: 0422-7

Date Rcvd: Jul 10, 2026

User: Nathaniel

Form ID: pdford9

Page 2 of 2

Total Noticed: 2

on behalf of Creditor Mohammad Tabanjeh dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press

on behalf of Creditor Ghada Alazzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press

on behalf of Plaintiff Mohammad Tabanjeh dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press

on behalf of Creditor Mohaned Azzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press

on behalf of Plaintiff Ghada Alazzam dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

James H. Wilson, Jr.

on behalf of Defendant Mohammad Mahmoud Atiyat jameswilson29@gmail.com

James H. Wilson, Jr.

on behalf of Debtor Mohammad Mahmoud Atiyat jameswilson29@gmail.com

Jennifer J. West

on behalf of Trustee Jennifer J. West jjw_trustee@spottsfain.com  jjw@trustesolutions.net

Jennifer J. West

jjw_trustee@spottsfain.com  jjw@trustesolutions.net

Kathryn R. Montgomery

on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov
shannon.m.tingle@usdoj.gov;Michael.F.McMahon@usdoj.gov

Keith M. Yacko

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing keiyacko@raslg.com
ecfnotifications@mtglaw.com;kyacko@mtglaw.com;keiyacko@raslg.com

Kollin Geoffrey Bender

on behalf of Attorney Hirschler Fleischer  P.C. kbender@hirschlerlaw.com, SCannady@hirschlerlaw.com

Kollin Geoffrey Bender

on behalf of Trustee Jennifer J. West kbender@hirschlerlaw.com  SCannady@hirschlerlaw.com

Mary Frances Balthasar

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mary.balthasar@brockandscott.com
wbecf@brockandscott.com

Matthew W. Cheney

USTPRegion04.RH.ECF@usdoj.gov

Shannon Pecoraro

on behalf of U.S. Trustee Matthew W. Cheney shannonfpecoraro@gmail.com
shannon.m.tingle@usdoj.gov;britni.c.bowles@usdoj.gov;shannonfpecoraro@gmail.com;Shannon.pecoraro@usdoj.gov

TOTAL: 19