**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

## OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Robertson, Anschutz, Schneid, Crane & Partners, PLLC, by counsel, hereby gives notice that Brandon R. Jordan (VSB #72170) withdraws as counsel from the cases listed on the attached Exhibit 1, effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Tata-Annie Latoya King (VSB #100892) an attorney employed by Robertson, Anschutz, Schneid, Crane & Partners, PLLC, is hereby substituted as counsel in place of Mr. Jordan in all of the cases listed on the attached Exhibit 1.

Dated: August 12, 2026

Respectfully Submitted,

**/s/ Brandon R. Jordan**
Brandon R. Jordan, Esq. (VSB #72170)

/s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2026, I electronically filed the foregoing Notice of Withdrawal and Substitution with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

**/s/ Brandon R. Jordan**
Brandon R. Jordan, Esq.

Brandon R. Jordan, VSB #72170
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP1
Suite 302
Hunt Valley, MD 21031
bjordan@raslg.com
804-971-1302
Counsel for Movant

EXHIBIT 1: List of Cases

| | | | | | |
|---|---|---|---|---|---|
| 21-10073-KHK | | Willie James Barron and Diane Lyn Stukes Barron | | 01/19/21 | N/A |
| 21-10881-KHK | | Jacqueline Patricia Johnson-Bryant | | 05/14/21 | N/A |
| 21-31138-KLP | | Nam Van Tran | | 04/05/21 | N/A |
| 21-31704-KLP | | Daryl Charles Wake | | 05/24/21 | N/A |
| 21-32555-KLP | | Mohammad Mahmoud Atiyat | | 08/19/21 | N/A |

2

| | | | | | |
|---|---|---|---|---|---|
| 21-32976-BFK | | Pamela B. Morgan | 10/04/21 | | N/A |
| 21-70323-SCS | | Ralph Marshall Craig and Karen Parker Craig | 02/16/21 | | N/A |
| 22-31062-BFK | | Lorri Ann Brown | 04/21/22 | | N/A |
| 22-31113-KLP | | Regina Williams Staples | 04/27/22 | | N/A |
| 22-32467-BFK | | Doris May Mullins | 09/07/22 | | N/A |
| 22-32993-KLP | | Bradley Joesph Lafontaine and | 10/ | | N/A |

3

| Case | Debtor | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Erica Rae Lafontaine | | | | 20/222 | | | |
| 22-33047-KLP | Lien Ngoc Thi Luong | | | | 10/26/22 | | | N/A |
| 23-11634-KHK | Jorge A. Salazar | 13 | 10/06/23 | N/A | N/A | | | |
| 23-11669-KHK | Kofi Mintah and Afua Mintah | 13 | 10/14/23 | N/A | N/A | | | |
| 23-32084-BFK | Loretta Lucas | 13 | 06/17/23 | N/A | N/A | | | |
| 23-33315-KLP | Leon Rolland Edwards and Sylvia Samantha Edwards | 13 | 09/27/23 | N/A | N/A | | | |
| 23-71889-FJS | Justin Michael Diaz | 13 | 10/11/23 | N/A | N/A | | | |
| 23-72357-FJS | Yardan Waliyyuddin Shabazz and Barbara Ford Shabazz | 13 | 12/13/23 | N/A | N/A | | | |
| 24-11730-KHK | Crystal A. McDaniel and Thomas J. McDaniel | 13 | | 09/17/24 | N/A | N/A | | |
| | 24-11968-KHK | Sherry Bernice Maxie | 13 | 10/23/24 | N/A | N/A | | |

| Case | Debtor | Chapter | Date | | |
|---|---|---|---|---|---|
| 24-11983-BFK | Robert T Yarbray, Jr. and Veronica E Yarbray | 13 | 10/25/24 | N/A | N/A |
| 24-30311-KLP Robert Crutchfield | | | 01/27/24 | N/A | N/A |
| 24-31109-FJS | Dominique Alexandas Ross | 13 | 03/22/24 | N/A | N/A |
| 24-31271-KLP | Daniel Lee Davis, Jr. and Kathy Spratley Davis | 13 | 04/03/24 | N/A | N/A |
| 24-33027-BFK | Sharmonique Taylor Burrow | 13 | 08/14/24 | N/A | N/A |
| 24-33028-KLP | Tiffany Darshell Overton | 13 | 08/15/24 | N/A | N/A |
| 24-33919-KLP | Sterlita Hawkins Nicholson | 13 | 10/18/24 | N/A | N/A |
| 24-34632-KLP | Javier Bernardo Vargas and Jelissa Magdalena Vargas | 13 | 12/06/24 | N/A | N/A |
| 24-50141-FJS | James Henderson Robinson, Sr. | 13 | 02/28/24 | N/A | N/A |
| 24-72357-FJS | Veronica Patrice Jennings | 13 | 11/04/24 | N/A | N/A |
| 24-72369-SCS | Tieheim Jennings | 13 | 11/05/24 | N/A | N/A |
| 24-72514-FJS | Thomas E. Hollingsworth | 13 | 11/25/24 | N/A | N/A |
| 25-11471-KHK | Angelisa Rose McLean | 13 | 07/21/25 | N/A | N/A |

| Case | Name | Chapter | Date | | |
|---|---|---|---|---|---|
| 25-11613-KHK | Julio Alex Espichan | 13 | 08/10/25 | N/A | N/A |
| 25-12170-KHK | Angella Charmaine Ogalo | 13 | 10/20/25 | N/A | N/A |
| 25-12216-KHK | Tracy Lynn Bloom | 11 | 10/24/25 | N/A | N/A |
| 25-12654-KHK | Joan Clark Rushin | 13 | 12/17/25 | N/A | N/A |
| 25-12726-KHK | Andrew Terrance Ford | 13 | 12/30/25 | N/A | N/A |
| 25-30135-KLP | Monyette LF Martin | 13 | 01/14/25 | N/A | N/A |
| 25-30568-FJS | Joetta Robinson | 13 | 02/17/25 | N/A | N/A |
| 25-30604-KLP | Laketa S Vaughan-Waddy | 13 | 02/19/25 | N/A | N/A |
| 25-31439-KLP | Daniel R. Carbray and Elizabeth B. Carbray | 13 | 04/14/25 | N/A | N/A |
| 25-32124-FJS | Cedric Jermaine Capers | 13 | 05/29/25 | N/A | N/A |
| 25-32352-KLP | John Larry Suggs | 13 | 06/13/25 | N/A | N/A |
| 25-32623-BFK | Monique Antoinette Edwards | 13 | 07/01/25 | N/A | N/A |
| 25-33165-FJS | Eric Edward Funk | 13 | 08/11/25 | N/A | N/A |
| 25-33584-KHK | Ronnie Jerrod Walker | 13 | 09/08/25 | N/A | N/A |
| 25-33717-FJS | Karen Fleming | 13 | 09/17/25 | N/A | N/A |
| 25-34214-BFK | Rhonda Yvonne Williams-Davis | 13 | 10/22/25 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 25-34629-KLP | Lawrence Anthony Myers | 13 | 11/18/25 | N / A | N / A |
| 25-34722-BFK | Mary P Gromovsky | 13 | 11/25/25 | N / A | N / A |
| | | | | | |
| | | | | | |
| 25-50438-FJS | Steven Mark Ward and Jill Lorene Ward | 13 | 05/09/25 | N / A | N / A |
| 25-70196-SCS | Ha Thi Thu Le | 13 | 01/29/25 | N / A | N / A |
| 25-70824-SCS | Julie Ann Coggsdale | 13 | 04/15/25 | N / A | N / A |
| 25-71476-SCS | William Wayne Clay Boyden, Jr. | 13 | 06/26/25 | N / A | N / A |
| 25-71751-SCS | George Wendell Tripp, Jr. and Trina Maxine Cuffee-Tripp | 13 | 07/28/25 | N / A | N / A |
| 25-72355-FJS | Elaina Marie Bright-Mullings | 13 | 10/06/25 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25-72682-FJS | Wanda Denise Hall | 13 | | 11/14/25 | N / A | N / A |
| | 26-07001-SCS | Smiley v. SELECT PORTFOLIO SERVICING INC et al | *Lead BK:* 25-71783-SCS Christopher Aaron Smiley | | 01/05/26 | N / A  N / A |
| | 26-10006-KHK | Michael David DeVito | 13 | | 01/04/26 | N / A  N / A |
| | 26-10221-BFK | Peter Damon Group, LLC | 11 | | 01/29/26 | N / A  N / A |
| | 26-10301-KHK | Ganesa Ranita Robinson | 13 | | 02/11/26 | N / A  N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 26-10311-BFK | Rosemarie Santiago | 13 | | 02/11/26 | N/A | N/A |
| | 26-10680-KHK | Eleanora Ruth Benet | 13 | | 03/23/26 | N/A | N/A |
| | 26-11204-KHK | Stacye Eulyce Bush | 13 | | 05/19/26 | N/A | N/A |
| | 26-11220-BFK | Mohammad Basharat | 7 | | 05/20/26 | N/A | N/A |
| | 26-11233-KHK | Troy Lynwood Gray | 13 | | 05/21/26 | N/A | N/A |
| | 26-11239-KHK | Richard Sean Ryals | 13 | | 05/22/26 | N/A | N/A |
| | 26-11240-KHK | Diana Guadalupe Vizuete | 13 | | 05/22/26 | N/A | N/A |
| | 26-11248-BFK | Ana Lissett Mann | 13 | | 05/23/26 | N/A | N/A |
| | 26-11255-KHK | Marian Yanina Almanza Escalera | 7 | | 05/26/26 | N/A | N/A |
| | 26-11345-KHK | Edith Joyce Williams | 13 | | 06/01/26 | N/A | N/A |
| | 26-11563-KHK | Antonio Ordonez | 13 | | 06/29/26 | N/A | N/A |
| | 26-11592-BFK | Dale Alan Griffiths | 13 | | 07/01/26 | N/A | N/A |
| | 26-11665-BFK | Kimberly S Perry | 13 | | 07/13/26 | N/A | N/A |
| | 26-11667-BFK | Nora Lee Blunt-Dove | 13 | | 07/13/26 | N/A | N/A |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| | 26-11693-BFK | Luis Gustavo Duarte Estevane | 13 | | 07/16/26 | N/A | N/A |
| | 26-11721-BFK | Wendy Natalie Quamina | 13 | | 07/18/26 | N/A | N/A |
| | 26-30432-BFK | Michael Dear Moody | 13 | | 02/05/26 | N/A | N/A |
| | 26-30437-FJS | Virgil Clinton Revish | 13 | | 02/05/26 | N/A | N/A |
| | 26-30446-KHK | Frank O'Neal Day and Yolanda Elizabeth Day | 13 | | 02/05/26 | N/A | N/A |
| | 26-30565-BFK | Kelly Shelton Bucher | 13 | | 02/13/26 | N/A | N/A |
| | 26-30739-KLP | Omega W. Wilson | 13 | | 02/25/26 | N/A | N/A |
| | 26-30855-KHK | Nicholas Scott Simmons | 13 | | 03/03/26 | N/A | N/A |
| | 26-31049-KLP | Garfield Loren Cottrell, Jr. and Angela Carolyn Cottrell | 13 | | 03/13/26 | N/A | N/A |
| | 26-31292-KLP | Debra Johnson Battle | 13 | | 03/27/26 | N/A | N/A |
| | 26-31499-BFK | Frankie Larue Oliver | 13 | | 04/09/26 | N/A | N/A |
| | 26-31708-KLP | David Alexander Payling-Wright | 13 | | 04/24/26 | N/A | N/A |
| | 26-31791-KLP | Deborah Anne Duncan | 13 | | 04/29/26 | N/A | N/A |
| | 26-32016-FJS | Stephen Clement Knight | 13 | | 05/13/26 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 26-32233-KLP | Tori Eaton | 13 | 05/28/26 | N/A | N/A |
| | 26-32344-KLP | Nakaiya Venise Armstrong | 13 | 06/04/26 | N/A | N/A |
| | 26-32420-KLP | Christine Marie Baugh | 13 | 06/10/26 | N/A | N/A |
| | 26-32549-KHK | Kimberly L. Nichols | 13 | 06/19/26 | N/A | N/A |
| | 26-32568-KHK | Bertha Mae Thomas-Robinson | 13 | 06/22/26 | N/A | N/A |
| | 26-32645-KLP | Carlene Vandora Hill | 13 | 06/26/26 | N/A | N/A |
| | 26-32668-KHK | Robert Leslie Ashford | 13 | 06/29/26 | N/A | N/A |
| | 26-32679-KHK | Phuoc Hon Quach | 13 | 06/29/26 | N/A | N/A |
| | 26-32720-KLP | Susan Annette Carter | 13 | 06/30/26 | N/A | N/A |
| | 26-32884-FJS | Lisa Diane Cottrell | 13 | 07/13/26 | N/A | N/A |
| | 26-33039-KLP | Jason Lee Harrell and Tremetris Dannette Harrell | 13 | 07/22/26 | N/A | N/A |
| | 26-50136-SCS | Antonio Carlos Newman | 13 | 02/12/26 | N/A | N/A |
| | 26-50240-SCS | Joseph Alexander Tabb, Jr. | 13 | 03/11/26 | N/A | N/A |
| | 26-50643-FJS | Kevin Morris Fefferman | 13 | 06/26/26 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 26-50674-FJS | Veronica Annette Cobb | 7 | | 07/01/26 | N/A | N/A |
| | 26-50699-FJS | Lloyd Edward Polion, II | 13 | | 07/13/26 | N/A | N/A |
| | 26-50740-SCS | Troy Deon Braxton and Camelia Marie Valentine Braxton | 13 | | 07/20/26 | N/A | N/A |
| | 26-70527-FJS | Shonetta Kyline Campbell and James Nathaniel Campbell | 13 | | 03/03/26 | N/A | N/A |
| | 26-70612-SCS | Robert Joseph Blessing | 7 | | 03/11/26 | N/A | N/A |
| | 26-70657-SCS | Cowan Dustin McCoy | 13 | | 03/13/26 | N/A | N/A |
| | 26-70662-FJS | William Monsell Blount and Marzetta Ray Blount | 13 | | 03/16/26 | N/A | N/A |
| | 26-71194-SCS | Jennifer Todd Blanchard | 7 | | 05/06/26 | N/A | N/A |
| | 26-71276-FJS | Joe Lewis Harmon, Jr. and Mary Michelle Franks | 13 | | 05/14/26 | N/A | N/A |
| | 26-71289-SCS | Erica Janay Joyce | 7 | | 05/15/26 | N/A | N/A |
| | 26-71536-FJS | Jacqueline Lorraine Griffin | 13 | | 06/10/26 | N/A | N/A |
| | 26-71718-SCS | Sittichok Weerapunyanont | 13 | | 06/30/26 | N/A | N/A |
| | 26-71886-SCS | James Thomas Kinney | 13 | | 07/15/26 | N/A | N/A |
| | 26-71889-FJS | Charles Edward Mundy | 7 | | 07/16/26 | N/A | N/A |

11

| | 26-71934-SCS | William Francis Sievers | 13 | | 07/20/26 | N/A | N/A |
|---|---|---|---|---|---|---|---|