**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

In re:

**Mohammad Mahmoud Atiyat**          Case No. 21-32555-KLP
        Debtor.

   Chapter 7

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.

              /s/ Daniel M. Press_____
             Daniel M. Press, VSB 37123
             Law Offices of Daniel M. Press
             201 Washington St.
             Cumberland MD 21502
             (703) 725-7600
             dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Mohsmmed Tabanjeh, Ghada Alazzam and Mohaned Azzam

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press

2