**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 21-32555-KLP |
| | § | |
| MOHAMMAD MAHMOUD ATIYAT | § | Chapter 7 Proceeding |
| | § | |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 03/26/2026. The case was converted to one under Chapter 7 on 05/27/2022. The undersigned trustee was appointed on 05/27/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $7,362.00

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $45.87 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $7,316.13 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 10/24/2022 and the deadline for filing government claims was 02/15/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $0.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $98.76, for total expenses of $98.76.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/18/2026 By: /s/ Jennifer J. West
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 21-32555-KLP | **Trustee Name:** | Jennifer J. West |
| **Case Name:** | ATIYAT, MOHAMMAD MAHMOUD | **Date Filed (f) or Converted (c):** | 05/27/2022 (c) |
| **For the Period Ending:** | 9/18/2026 | **§341(a) Meeting Date:** | 06/21/2022 |
| | | **Claims Bar Date:** | 10/24/2022 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 8307 Ferdinand Lane Midlothian VA 23112-0000 | $145,150.00 | $120,150.00 | | $0.00 | FA |
| 2 | Make: Mercedes Model: E350 Year: 2006 Mileage: 137,000 Other Information: No Liens, value per NADA-No liens | $5,700.00 | $0.00 | | $0.00 | FA |
| 3 | Make: Toyota Model: Highlander Year: 2007 Mileage: 93,000 Other Information: No Liens, Value per NADA | $8,850.00 | $2,850.00 | | $0.00 | FA |
| 4 | All household goods and furniture including about 100.00 in electronics | $1,300.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing owned by debtors | $250.00 | $0.00 | | $0.00 | FA |
| 6 | Cash in debtor's possession | $2.00 | $2.00 | | $0.00 | FA |
| 7 | Checking Bank of America Checking | $1.00 | $0.00 | | $0.00 | FA |
| 8 | Anticipated income tax refunds for tax year ending 2020 received and spent Federal | $1.00 | $0.00 | | $0.00 | FA |
| 9 | Anticipated income tax refunds for tax year ending 2020 state | $1.00 | $0.00 | | $0.00 | FA |
| 10 | Garnished funds-none at this time | $1.00 | $1.00 | | $0.00 | FA |
| 11 | Insurance Policy Interests | $1.00 | $1.00 | | $0.00 | FA |
| 12 | Personal injury actions and claims and lawsuits-None at this time | $1.00 | $0.00 | | $0.00 | FA |
| 13 | Jordan; 3 parcels of land. Some with improvements. One piece is owned joint with brothers. Properties worth 88,226.00 in US Dollars **(u)** | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Creditor that was assisting with potential liquidation stopped cooperating, now unable to make any progress in liquidating property. Unrest in the region makes liquidation more difficult. After consultation with counsel, determined that abandonment of asset was appropriate. | | | | | |
| 14 | Sanctions awards against Debtor related to litigation **(u)** | $7,362.00 | $7,362.00 | | $7,362.00 | FA |
| 15 | 3 parcels of real property in Jordan. some improvements, One piece joint with brothers. **(u)** | $88,226.00 | $88,226.00 | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 21-32555-KLP | **Trustee Name:** | Jennifer J. West |
| **Case Name:** | ATIYAT, MOHAMMAD MAHMOUD | **Date Filed (f) or Converted (c):** | 05/27/2022 (c) |
| **For the Period Ending:** | 9/18/2026 | **§341(a) Meeting Date:** | 06/21/2022 |
| | | **Claims Bar Date:** | 10/24/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | **$256,846.00** | **$218,592.00** | | **$7,362.00** | **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/27/2026 | Order entered granting UST motion to reopen |
| 02/27/2026 | UST motion to reopen case to administer asset |
| 02/16/2026 | Received information regarding sale of debtor's residence and request for payoff of sanctions awards received during case that are liens on real estate. Notified UST of potential asset. |
| 10/18/2024 | NDR filed |
| 10/16/2024 | Motion to sell withdrawn |
| 10/11/2024 | Opinion issued finding that debtor has right to exemption in carve out. |
| 08/28/2024 | Briefs submitted on exemption claim |
| 08/14/2024 | Hearing on Debtor's objection to motion to sell |
| 05/02/2024 | Objection to Motion to Sell filed by Debtor asserting exemption claim to carve out funds |
| 03/15/2024 | Buyer of residence is still interested in property but lender is now not cooperating after previously agreeing to terms. Discussing possible abandonment of remaining assets with counsel. |
| 02/13/2024 | Continued discussions with Lender's counsel. |
| 02/10/2024 | Follow up conversation with counsel to confirm recovery of Jordan properties - now not possible due to lack of cooperation/communication from creditor and due to unrest in the middle east region that will make liquidation difficult if not impossible. Jordan properties to be abandoned. |
| 01/18/2024 | On-going negotiations with lender related to sale of property. |
| 11/06/2023 | Eviction in process |
| 10/10/2023 | Writ of Eviction requested. |
| 08/11/2023 | On-going issues related to removal of debtor's spouse from residence. Debtor has appealed the General District Court judgment. |
| 06/21/2023 | Hearing on unlawful detainer to remove Debtor's spouse from residential property |
| 05/25/2023 | Order entered on motion to compel compliance |
| 05/15/2023 | No contact with creditor related to Jordan properties after multiple attempts. Believe that creditor may have made a side settlement with debtor. Will be very difficult to liquidate properties without assistance of primary creditor that has contacts in the country. |
| 04/25/2023 | Counsel filed motion to compel Debtor to comply with Court order to cooperate |
| 04/13/2023 | Email exchange with counsel to confirm plan to file motion to compel cooperation to sell Henrico property with objection to homestead exemption based on condition of property |
| 03/03/2023 | Email exchange with counsel on carve-out terms for Henrico property |
| 02/22/2023 | Counsel is waiting on return of translated pleadings from Jordan counsel |
| 01/25/2023 | Conferred with counsel regarding status of negotiations with mortgage company and co-owner of Henrico property and engagement of Jordan counsel |
| 12/07/2022 | Update from counsel - process for selling property in Jordan will take time and some seed money; counsel working with primary judgment creditor to engage Jordan counsel |
| 11/30/2022 | Consent order entered regarding 2004 motion and motion to compel turnover |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 21-32555-KLP
**Case Name:** ATIYAT, MOHAMMAD MAHMOUD
**For the Period Ending:** 9/18/2026

**Trustee Name:** Jennifer J. West
**Date Filed (f) or Converted (c):** 05/27/2022 (c)
**§341(a) Meeting Date:** 06/21/2022
**Claims Bar Date:** 10/24/2022

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 11/22/2022 | Realtor toured Henrico property; talked with counsel about working with mortgage company and co-owner to sell property to recover funds to pay Jordan counsel |
| 11/08/2022 | 2004 motion filed by counsel |
| 09/16/2022 | Order waiving discharge entered |
| 08/25/2022 | Order appointing Hirschler Fleicher as counsel for trustee entered |
| 08/18/2022 | UST filed motion to approve waiver of discharge |
| 08/11/2022 | Application to employ Hirschler Fleicher as counsel for trustee filed |
| 06/16/2022 | UST WILL ATTEND |
| 06/15/2022 | Review chapter 13 341 transcript |
| 06/09/2022 | Review transcript of hearing on motion to convert |
| 05/27/2022 | Email exchange with Dan Press regarding properties in Jordan and review of motion to convert |
| 05/12/2004 | Motion to Sell Debtor's residence filed, including details related to carve out from lienholder. |

**Initial Projected Date Of Final Report (TFR):** 03/01/2024

**Current Projected Date Of Final Report (TFR):** 08/31/2026

/s/ JENNIFER J. WEST
JENNIFER J. WEST

# FORM 2



Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 21-32555-KLP | **Trustee Name:** | Jennifer J. West |
| **Case Name:** | ATIYAT, MOHAMMAD MAHMOUD | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9038 | **Checking Acct #:** | ******0032 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | checking |
| **For Period Beginning:** | 3/26/2026 | **Blanket bond (per case limit):** | $3,000,000.00 |
| **For Period Ending:** | 9/18/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/30/2026 | (14) | Chaplin & Quereski PLC | Funds for payment of two sanctions awards | 1290-000 | $7,362.00 | | $7,362.00 |
| 04/30/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.20 | $7,352.80 |
| 05/29/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.19 | $7,343.61 |
| 06/30/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.17 | $7,334.44 |
| 07/31/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.16 | $7,325.28 |
| 08/31/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.15 | $7,316.13 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $7,362.00 | $45.87 | $7,316.13 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $7,362.00 | $45.87 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $7,362.00 | $45.87 | |

**For the period of 3/26/2026 to 9/18/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,362.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,362.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/30/2026 to 9/18/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,362.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,362.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 21-32555-KLP
**Case Name:** ATIYAT, MOHAMMAD MAHMOUD
**Primary Taxpayer ID #:** **-***9038
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 3/26/2026
**For Period Ending:** 9/18/2026

**Trustee Name:** Jennifer J. West
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0032
**Account Title:** checking
**Blanket bond (per case limit):** $3,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $7,362.00 | $45.87 | $7,316.13 |

**For the period of 3/26/2026 to 9/18/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,362.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,362.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/27/2022 to 9/18/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,362.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,362.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JENNIFER J. WEST

JENNIFER J. WEST

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 21-32555-KLP
**Case Name:** ATIYAT, MOHAMMAD MAHMOUD
**Claims Bar Date:** 10/24/2022

**Trustee Name:** Jennifer J. West
**Date:** 9/18/2026 3:08:46 PM

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JENNIFER J. WEST<br>411 E. Franklin St., Suite 600<br>Richmond VA 23219 | 11/08/2023 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $98.76 | $98.76 | $0.00 | $0.00 | $0.00 | $98.76 |
| | HIRSCHLER FLEISCHER<br>2100 East Cary Street<br>Richmond VA 23218-0500 | 09/15/2026 | Attorney for Trustee Expenses (Othe | Allowed | 3220-000 | $0.00 | $1,255.11 | $1,255.11 | $0.00 | $0.00 | $0.00 | $1,255.11 |
| **Claim Notes:** | Expenses approved by Order entered July 10, 2026 at Doc. 213 | | | | | | | | | | | |
| | HIRSCHLER FLEISCHER<br>2100 East Cary Street<br>Richmond VA 23218-0500 | 09/15/2026 | Attorney for Trustee Fees (Other Fi | Allowed | 3210-000 | $0.00 | $79,101.00 | $79,101.00 | $0.00 | $0.00 | $0.00 | $79,101.00 |
| **Claim Notes:** | Fees approved by Order entered July 10, 2026 at Doc. 213 | | | | | | | | | | | |
| 3 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING<br>P.O. Box 10826<br>Greenville SC 29603-0826 | 09/15/2021 | Real Estate - Consensual Liens | Allowed | 4110-000 | $167,653.00 | $170,953.62 | $170,953.62 | $0.00 | $0.00 | $0.00 | $170,953.62 |
| **Claim Notes:** | (3-1) 8307 Ferdinand Ln, Midlothian, VA 23112<br>Exclude from distribution - claim secured by real property not administered in case. | | | | | | | | | | | |
| 1 | REPUBLIC FINANCE, LLC<br>282 Tower Rd<br>Ponchatoula LA 70454 | 08/20/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,633.00 | $2,619.50 | $2,619.50 | $0.00 | $0.00 | $0.00 | $2,619.50 |
| 2 | MERRICK BANK RESURGENT CAPITAL SERVICES<br>PO Box 10368<br>Greenville SC 29603-0368 | 09/13/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,583.00 | $1,572.21 | $1,572.21 | $0.00 | $0.00 | $0.00 | $1,572.21 |
| 4 | CAPITAL ONE N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 09/16/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $482.00 | $589.77 | $589.77 | $0.00 | $0.00 | $0.00 | $589.77 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 09/16/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,066.00 | $2,130.85 | $2,130.85 | $0.00 | $0.00 | $0.00 | $2,130.85 |

**Case No.** 21-32555-KLP
**Case Name:** ATIYAT, MOHAMMAD MAHMOUD
**Claims Bar Date:** 10/24/2022
**Trustee Name:** Jennifer J. West
**Date:** 9/18/2026 3:08:46 PM

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | NCB MANAGEMENT SERVICES, INC.<br>One Allied Drive<br>Trevose PA 19053-0000 | 09/20/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,100.00 | $3,100.00 | $3,100.00 | $0.00 | $0.00 | $0.00 | $3,100.00 |
| 7 | MOHAMMAD TABANJEH<br>5013 Cabretta Drive<br>Moseley VA 23120-0000 | 09/22/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $97,500.00 | $97,500.00 | $97,500.00 | $0.00 | $0.00 | $0.00 | $97,500.00 |
| 8 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES<br>PO Box 10587<br>Greenville SC 29603-0587 | 10/15/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $293.00 | $363.38 | $363.38 | $0.00 | $0.00 | $0.00 | $363.38 |
| 9 | PREMIER BANKCARD, LLC JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | 10/26/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $777.00 | $855.62 | $855.62 | $0.00 | $0.00 | $0.00 | $855.62 |
| **Claim Notes:** | (9-1) CREDIT CARD | | | | | | | | | | | |
| 10 | PREMIER BANKCARD, LLC JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | 10/26/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $884.00 | $1,004.21 | $1,004.21 | $0.00 | $0.00 | $0.00 | $1,004.21 |
| **Claim Notes:** | (10-1) CREDIT CARD | | | | | | | | | | | |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | 10/28/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $534.50 | $534.50 | $0.00 | $0.00 | $0.00 | $534.50 |
| 12 | GHADA ALAZZAM<br><br>5813 Brailen Dr<br>Moseley VA 23120 | 10/28/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $70,000.00 | $104,315.62 | $104,315.62 | $0.00 | $0.00 | $0.00 | $104,315.62 |
| 13 | MOHANED AZZAM<br><br>5813 Brailen Dr<br>Moseley VA 23120 | 10/28/2021 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,000.00 | $10,632.88 | $10,632.88 | $0.00 | $0.00 | $0.00 | $10,632.88 |

**CLAIM ANALYSIS REPORT**



**Case No.** 21-32555-KLP
**Case Name:** ATIYAT, MOHAMMAD MAHMOUD
**Claims Bar Date:** 10/24/2022

**Trustee Name:** Jennifer J. West
**Date:** 9/18/2026 3:08:46 PM

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | THE BANK OF MISSOURI DBA FORTIVA<br>PO Box 105555<br>Atlanta GA 30348 | 10/19/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,520.00 | $1,650.13 | $1,650.13 | $0.00 | $0.00 | $0.00 | $1,650.13 |

**Claim Notes:** (14-1) MONEY LOANED

| | | | | | | |
|---|---|---|---|---|---|---|
| | **$478,277.16** | **$478,277.16** | **$0.00** | **$0.00** | **$0.00** | **$478,277.16** |

**Case No.** 21-32555-KLP
**Case Name:** ATIYAT, MOHAMMAD MAHMOUD
**Claims Bar Date:** 10/24/2022

**Trustee Name:** Jennifer J. West
**Date:** 9/18/2026 3:08:46 PM

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Othe | $1,255.11 | $1,255.11 | $0.00 | $0.00 | $0.00 | $1,255.11 |
| Attorney for Trustee Fees (Other Fi | $79,101.00 | $79,101.00 | $0.00 | $0.00 | $0.00 | $79,101.00 |
| General Unsecured 726(a)(2) | $226,868.67 | $226,868.67 | $0.00 | $0.00 | $0.00 | $226,868.67 |
| Real Estate - Consensual Liens | $170,953.62 | $170,953.62 | $0.00 | $0.00 | $0.00 | $170,953.62 |
| Trustee Expenses | $98.76 | $98.76 | $0.00 | $0.00 | $0.00 | $98.76 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 21-32555-KLP
Case Name: MOHAMMAD MAHMOUD ATIYAT
Trustee Name: Jennifer J. West

Balance on hand: $7,316.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | NewRez LLC DBA Shellpoint Mortgage Servicing | $170,953.62 | $170,953.62 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,316.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Jennifer J. West, Trustee Expenses | $98.76 | $0.00 | $98.76 |
| Hirschler Fleischer, Attorney for Trustee Fees | $79,101.00 | $0.00 | $7,104.64 |
| Hirschler Fleischer, Attorney for Trustee Expenses | $1,255.11 | $0.00 | $112.73 |

Total to be paid for chapter 7 administrative expenses: $7,316.13
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $226,868.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Amount** |
|---|---|---|---|---|
| 1 | Republic Finance, LLC | $2,619.50 | $0.00 | $0.00 |
| 2 | MERRICK BANK Resurgent Capital Services | $1,572.21 | $0.00 | $0.00 |
| 4 | Capital One N.A. | $589.77 | $0.00 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | $2,130.85 | $0.00 | $0.00 |
| 6 | NCB Management Services, Inc. | $3,100.00 | $0.00 | $0.00 |
| 7 | Mohammad Tabanjeh | $97,500.00 | $0.00 | $0.00 |
| 8 | LVNV Funding, LLC Resurgent Capital Services | $363.38 | $0.00 | $0.00 |
| 9 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee | $855.62 | $0.00 | $0.00 |
| 10 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee | $1,004.21 | $0.00 | $0.00 |
| 11 | Portfolio Recovery Associates, LLC | $534.50 | $0.00 | $0.00 |
| 12 | Ghada Alazzam | $104,315.62 | $0.00 | $0.00 |
| 13 | Mohaned Azzam | $10,632.88 | $0.00 | $0.00 |
| 14 | The Bank of Missouri dba Fortiva | $1,650.13 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |