**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| MOHAMMAD MAHMOUD ATIYAT | : | |
| | : | CASE NO. 21-32555-KLP |
| | : | (Chapter 7) |
| | : | |
| Debtor(s) | : | |

**TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $0.00 and reimbursement of expenses in the amount of $98.76 for this case. The trustee has, by prior authorization, received $0.00 of such compensation and $0.00 of such expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

| | |
|---|---|
| Total disbursements to other than debtor will be | $0.00 |

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 22, 1994)

| | | |
|---|---|---|
| 25% on 1st $5,000.00 | ($1,250.00 max) | $0.00 |
| 10% on next $45,000.00 | ($4,500.00 max) | $0.00 |
| 5% on next $950,000.00 | ($47,500.00 max) | $0.00 |
| 3% of balance | | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED | $0.00 |
| Less Previously Paid Compensation | $0.00 |
| TOTAL COMPENSATION REQUESTED | $0.00 |

TRUSTEE EXPENSES (ITEMIZED):

| | | |
|---|---|---|
| Photocopy | 228.00 @ $0.15 | $34.20 |
| Postage | 38.00 @ $0.78 | $29.64 |
| Miscellaneous Expenses (fee related to subpoena copies) | 1.00 @ $34.92 | $34.92 |

| | |
|---|---|
| TOTAL EXPENSES CALCULATED | $98.76 |

| | |
|---|---|
| Less Previously Paid Expenses | $0.00 |
| TOTAL EXPENSES REQUESTED | $98.76 |
| TOTAL REQUESTED FEES AND EXPENSES | $98.76 |

WHEREFORE, the trustee requests this application be approved by the court and that the trustee be awarded $0.00 as compensation and $98.76 for reimbursement of expenses. The trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case. No agreement or understanding exists between the trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated: September 18, 2026

/s/ Jennifer J. West

Jennifer J. West
411 E. Franklin St., Suite 600
Richmond, VA 23219
(804) 697-2000