**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 21-32555-KLP** |
| | § | |
| **MOHAMMAD MAHMOUD ATIYAT** | § | **Chapter 7 Proceeding** |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jennifer J. West, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

701 East Broad Street, Suite 4000 Richmond, VA 23219

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO ANY FEE APPLICATION THAT HAS NOT ALREADY BEEN APPROVED, OR TO THIS FINAL REPORT, IS FILED WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED, AND THE UNITED STATES TRUSTEE, WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE FINAL REPORT AND THE FEE APPLICATIONS AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**IF THERE IS NO TIMELY FILED RESPONSE IN OPPOSITION TO THE RELIEF REQUESTED, THE COURT MAY ACT UPON THE FEE APPLICATIONS AND THE TRUSTEE MAY PAY DIVIDENDS PURSUANT TO FRBP 3009 WITHOUT FURTHER ORDER OF THE COURT.**

.

Date Mailed: 10/15/2026 By: /s/ Jennifer J. West
Trustee

Jennifer J. West
411 E. Franklin St., Suite 600
Richmond, VA 23219
Phone: (804) 697-2000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 21-32555-KLP** |
| | § | |
| **MOHAMMAD MAHMOUD ATIYAT** | § | **Chapter 7 Proceeding** |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $7,362.00 |
| *and approved disbursements of* | $45.87 |
| *leaving a balance on hand of*[1]*:* | $7,316.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | NewRez LLC DBA Shellpoint Mortgage Servicing | $170,953.62 | $170,953.62 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $7,316.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Jennifer J. West, Trustee Expenses | $98.76 | $0.00 | $98.76 |
| Hirschler Fleischer, Attorney for Trustee Fees | $79,101.00 | $0.00 | $7,104.64 |
| Hirschler Fleischer, Attorney for Trustee Expenses | $1,255.11 | $0.00 | $112.73 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $7,316.13 |
| Remaining balance: | $0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $226,868.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Republic Finance, LLC | $2,619.50 | $0.00 | $0.00 |
| 2 | MERRICK BANK Resurgent Capital Services | $1,572.21 | $0.00 | $0.00 |
| 4 | Capital One N.A. | $589.77 | $0.00 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | $2,130.85 | $0.00 | $0.00 |
| 6 | NCB Management Services, Inc. | $3,100.00 | $0.00 | $0.00 |
| 7 | Mohammad Tabanjeh | $97,500.00 | $0.00 | $0.00 |
| 8 | LVNV Funding, LLC Resurgent Capital Services | $363.38 | $0.00 | $0.00 |
| 9 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee | $855.62 | $0.00 | $0.00 |
| 10 | Premier Bankcard, LLC Jefferson Capital Systems LLC Assignee | $1,004.21 | $0.00 | $0.00 |
| 11 | Portfolio Recovery Associates, LLC | $534.50 | $0.00 | $0.00 |
| 12 | Ghada Alazzam | $104,315.62 | $0.00 | $0.00 |
| 13 | Mohaned Azzam | $10,632.88 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 14 | The Bank of Missouri dba Fortiva | $1,650.13 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Jennifer J. West
Trustee

Jennifer J. West
411 E. Franklin St., Suite 600
Richmond, VA 23219
Phone: (804) 697-2000

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Final Report and Application for Compensation and Deadline to Object was served electronically via the Court's CM/ECF system or via first class mail, postage pre-paid, to the Office of the U.S. Trustee, and to all creditors and other parties of interest shown on the attached list on October 15, 2026.

/s/ Jennifer J. West
Jennifer J. West, Trustee

Ahmad Atiyat
PO Box 35572
Richmond, VA 23235-0572

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Comonwealth of VA Dept of Tax
c/o Tax Authority Consulting
PO Box 2156
Richmond, VA 23218-2156

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

DEPARTMENT OF THE TREASURY-IRS
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Department of Treasury-IRS
IRS
PO Box 7346
Philadelphia, PA 19101-7346

Eos Cca
Attn: Bankruptcy
700 Longwater Dr
Norwell, MA 02061-1624

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Genesis FS Card Services
Po Box 4499
Beaverton, OR 97076-4499

Ghada Alazzam
5813 Brailen Dr
Moseley VA 23120-2337

Ghada Alazzam
8805 Thornton Heath Drive
Chesterfield, VA 23832-2470

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS Centralized Insolvency Ope
PO BOx 7346
Philadelphia, PA 19101-7346

James H. Wilson Jr.
4860 Cox Road, Suite 200
Glen Allen, VA 23060-9248

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

Mohammad Mahmoud Atiyat
8307 Ferdinand Ln
Midlothian, VA 23112-1545

Mohammad Tabanjeh
5013 Cabretta Drive
Moseley, VA 23120-1559

Mohaned Azzam
8805 Thornton Health Drive
Chesterfield, VA 23832-2470

Mohaned Azzam
5813 Brailen Dr
Moseley VA 23120-2337

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Feasterville-Trevose, PA 19053-6945

NCB Management Services, Inc.
One Allied Drive
Trevose, PA 19053-6945

NewRez LLC d/b/a Shellpoint Mortgage Servici
BWW Law Group, LLC
8100 Three Chopt Rd, Suite 240
Richmond, VA 23229-4833

NewRez LLC DBA Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Republic Finance
7 Dunlop Village
Colonial Heights, VA 23834-1764

REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603-0826