UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | Case No. 21-32555-KLP |
| Mohammad Mahmoud Atiyat | ) | |
| | ) | Chapter 7 |
| | ) | |
| *Debtor.* | ) | |

**ORDER PURSUANT TO CHAPTER 7 TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND APPLICATION(S) FOR COMPENSATION OF PROFESSIONALS**

The Trustee having filed her final report before distribution, and the court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses and no hearing being necessary under the circumstances; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), §503(b)(2) or §503(b)(4), as follows:

| Name | Description | Amount |
|---|---|---|
| Jennifer J. West<br>Trustee | Expenses | $98.76 |
| Hirschler Fleischer<br>Attorney for Trustee (Other Fi | Fees | $7,104.64 |
| Hirschler Fleischer<br>Attorney for Trustee (Othe | Expenses | $112.73 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

The Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Date: Nov 9 2026

/s/ Keith L Phillips
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Nov 9 2026