UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | Case No. 21-32555-KLP |
| Mohammad Mahmoud Atiyat | ) | |
| | ) | Chapter 7 |
| | ) | |
| *Debtor.* | ) | |

**ORDER PURSUANT TO CHAPTER 7 TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND APPLICATION(S) FOR COMPENSATION OF PROFESSIONALS**

The Trustee having filed her final report before distribution, and the court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses and no hearing being necessary under the circumstances; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), §503(b)(2) or §503(b)(4), as follows:

| Name | Description | Amount |
|---|---|---|
| Jennifer J. West<br>Trustee | Expenses | $98.76 |
| Hirschler Fleischer<br>Attorney for Trustee (Other Fi | Fees | $7,104.64 |
| Hirschler Fleischer<br>Attorney for Trustee (Othe | Expenses | $112.73 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

The Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Date: Nov 9 2026

/s/ Keith L Phillips
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Nov 9 2026

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 21-32555-KLP
Mohammad Mahmoud Atiyat Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: LaurenLaf Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: pdford9 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Nov 10 2026 09:36:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittany Berlauk Falabella | on behalf of Attorney Hirschler Fleischer P.C. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Brittany Berlauk Falabella | on behalf of Trustee Jennifer J. West bfalabella@hirschlerlaw.com rhenderson@hirschlerlaw.com |
| Daniel M. Press | on behalf of Plaintiff Mohaned Azzam dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Mohammad Tabanjeh dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | |

| | |
|---|---|
| | on behalf of Creditor Ghada Alazzam dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Plaintiff Mohammad Tabanjeh dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Mohaned Azzam dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Plaintiff Ghada Alazzam dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| James H. Wilson, Jr. | on behalf of Defendant Mohammad Mahmoud Atiyat jameswilson29@gmail.com |
| James H. Wilson, Jr. | on behalf of Debtor Mohammad Mahmoud Atiyat jameswilson29@gmail.com |
| Jennifer J. West | on behalf of Trustee Jennifer J. West jjw_trustee@spottsfain.com jjw@trustesolutions.net |
| Jennifer J. West | jjw_trustee@spottsfain.com jjw@trustesolutions.net |
| Kathryn R. Montgomery | on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov shannon.m.tingle@usdoj.gov;Michael.F.McMahon@usdoj.gov |
| Keith M. Yacko | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing keiyacko@raslg.com ecfnotifications@mtglaw.com;kyacko@mtglaw.com;keiyacko@raslg.com |
| Kollin Geoffrey Bender | on behalf of Attorney Hirschler Fleischer P.C. kbender@hirschlerlaw.com, SCannady@hirschlerlaw.com |
| Kollin Geoffrey Bender | on behalf of Trustee Jennifer J. West kbender@hirschlerlaw.com SCannady@hirschlerlaw.com |
| Mary Frances Balthasar | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mary.balthasar@brockandscott.com wbecf@brockandscott.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| Shannon Pecoraro | on behalf of U.S. Trustee Matthew W. Cheney shannonfpecoraro@gmail.com shannon.m.tingle@usdoj.gov;britni.c.bowles@usdoj.gov;shannonfpecoraro@gmail.com;Shannon.pecoraro@usdoj.gov |
| United States Trustee | USTPRegion04.NO.ECF@usdoj.gov ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 20